Doris MERCER; Stephen Mercer, Plaintiffs–Appellants,

v.

AMERICAN AIRLINES, INC., Defendant–Appellee,

and

AMR Corporation; Allianz Insurance Company, Defendants.

No. 15–2490.

United States Court of Appeals, Fourth Circuit.

Submitted: March 29, 2016.

Decided: March 31, 2016.

Doris Mercer, Stephen Mercer, Appellants Pro Se. John Mitchell Armbruster, Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP, Raleigh, North Carolina, for Appellee.

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Doris and Stephen Mercer appeal the district court's order granting American Airlines' motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, while we grant the Mercers' motion for leave to proceed in forma pauperis, we affirm for

the reasons stated by the district court. *Mercer v. Am. Airlines, Inc.*, No. 5:14–cv–00140–BO, 2015 WL 6457142 (E.D.N.C. Oct. 26, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*